UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ANTIPORDA,<br><br>             Plaintiff,<br><br>      v.<br><br>VERSACE USA, INC.<br><br>             Defendant. | Civil Action No.: 1:25-06371-MMG<br><br>~~ELECTRONICALLY FILED~~ |

### ~~[PROPOSED]~~ ORDER

**WHEREAS**, the parties entered into an agreement to arbitrate on October 3, 2022; and

**WHEREAS**, the parties jointly request that the Court stay this action during the pendency of the arbitration;

**IT IS HEREBY STIPULATED AND ORDERED:**

1. Pursuant to 9 U.S.C. § 2, the parties agree to arbitrate in accordance with the terms of their arbitration agreement.

2. Pursuant to 9 U.S.C. § 3, this action, including all deadlines and conferences, is **STAYED** pending completion of the arbitration.

3. Plaintiff shall commence the arbitration within 30 days of this Order pursuant to Section 4(b) of the parties' arbitration agreement, and the parties shall prosecute it diligently.

4. Within thirty (30) days after an arbitral award is issued, the parties shall file a brief joint status letter attaching the award (if permitted by applicable rules or agreement) and proposing next steps, including any motion to confirm, vacate, or modify.

5. This Court retains jurisdiction to enforce the arbitration agreement and to consider any applications under 9 U.S.C. §§ 9-11 to confirm, vacate, or modify the arbitral award, as well as any application for interim relief as permitted by law.

6. The parties shall maintain all applicable litigation holds until the conclusion of this litigation.

7. The parties expressly reserve all rights pertaining to this matter.

Dated: New York, NY
      October __, 2025

SO ORDERED,

_____
Hon. Margaret M. Garnett

---

GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 9 and mark this case STAYED.

SO ORDERED. Dated October 16, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE