

(929) 558-5565
William@WilliamGreyLawOffice.com
430 Park Avenue, 19th Floor, New York, NY 10022

**William Grey**
LAW OFFICE PLLC

November 3, 2025

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: Antiporda v. Versace USA, Inc., No. 1:25-cv-06371-MMG — Joint Letter-Motion to Lift Stay and File Stipulation of Dismissal

Dear Judge Garnett:

Pursuant to the Court's prior order staying this action pending arbitration (Dkt. No. 11.), the parties respectfully submit this joint letter-motion to request that the Court lift the stay for the limited purpose of filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties have reached a final resolution resolving all claims asserted in this matter. In light of that resolution, the parties have executed the enclosed Stipulation of Dismissal with Prejudice, which dismisses the action in its entirety, with no award of fees or costs by the Court to either side.

Accordingly, the parties respectfully request that the Court lift the stay for the limited purpose of permitting the filing of the stipulation of dismissal.

> GRANTED. It is hereby ORDERED that the stay in this matter be lifted for the limited purpose of permitting the parties to file the stipulation of dismissal. The Court will deem the attached stipulation filed. The Clerk of Court is respectfully directed to CLOSE this case.
>
> SO ORDERED. Dated November 4, 2025.
>
> *[signature]*
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Sincerely,

*William Grey*
William Grey
William Grey Law Office pllc
Attorney for Plaintiff
430 Park Avenue, 19th Fl.
New York, NY 10022
Tel: (929) 558-5565
william@WilliamGreyLawOffice.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ANTIPORDA,<br><br>                    Plaintiff,<br><br>    v.<br><br>VERSACE USA, INC.<br><br>                    Defendant. | Civil Action No.: 1:25-06371-MMG |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: October 31, 2025

| | |
|---|---|
| WILLIAM GREY LAW OFFICE | MORGAN, LEWIS & BOCKIUS LLP |
| William Grey<br>430 Park Place, Floor 19<br>New York, NY 10022<br><br>*Attorney for Plaintiff* | Melissa C. Rodriguez<br>Alanna N. Fichtel<br>101 Park Avenue<br>New York, NY 10178<br><br>*Attorney for Defendant* |
| By: *William Grey* | By: */s/ Melissa C. Rodriguez* |